

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00124-CV

Yomeida Perez Longoria, Individually and as next friend of Merina Longoria and K.L., a minor and as Representative of the Estate of J.S.C., Deceased Minor, Emmanuel Guerra, and Robert Cardenas

v.

7-Eleven, Inc.

On Appeal from the
445th District Court of Cameron County, Texas
Trial Court Cause No. 2020-DCL-04283-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

February 14, 2025